**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SHAHADAT HOSSAIN,

                      Plaintiff,

        -against-

U.S. DEPARTMENT OF HOMELAND
SECURITY, KEVIN MCALEENAN, KEN
CUCCINELLI, U.S. CITIZENSHIP AND
IMMIGRATION SERVICES, USERS TEXAS
SERVICE CENTER, U.S. ATTORNEY
GENERAL WILLIAM P. BARR, UNITED
STATES BUREAU OF CONSULAR AFFAIRS,
JOHN DOES 1 - 10, JANE DOES 1-10, AND
ABC AGENCY 1 - 10,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

20 Civ. 5450 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The December 10, 2020 initial conference is adjourned March 4, 2021 at 9:30 a.m.

Dated: December 3, 2020
      New York, New York

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge